IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01928-RBJ

VICKI DILLARD, and
PATRICIA EVANS,

      Plaintiffs,

v.

GARY GREGORY,
TOM FRANK,
THE DENVER CITY ATTORNEY'S OFFICE,
THE CITY AND COUNTY OF DENVER, and
THE DENVER SHERIFF'S DEPARTMENT,

      Defendants.

---

## FINAL JUDGMENT

---

      PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

      I.     Pursuant to the Order to Dismiss in Part and to Assign Case to a District Judge and to a Magistrate Judge #[17] entered by Judge Lewis T. Babcock on November 7, 2011, which order is incorporation by reference, it is

      ORDERED that Defendants the Denver City Attorney's Office and the Denver Sheriff's Department are dismissed as improper parties to this action. It is

      FURTHER ORDERED this case shall be assigned to District Judge R. Brooke Jackson, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Boyd N. Boland.

II.     Pursuant to the Order #[56] entered by Judge R. Brooke Jackson on October 18, 2012, which order is incorporated by reference, it is

ORDERED that the that defendants' Motion for Summary Judgment [#45] is GRANTED.  It is

FURTHER ORDERED that the Court enters its final written judgment dismissing this civil action and all claims therein with prejudice. It is

FURTHER ORDERED that Defendants are awarded their costs to be taxed by the Clerk of the Court pursuant to Fec. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  19th   day of October, 2012.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ Edward Butler
    Edward P. Butler
    Deputy Clerk